UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-CV-02709 RM-KMT

CARLOS BRITO,

  Plaintiff,

v.

DESERPA COLORADO ONE, LLC, a Colorado Limited Liability Company,

  Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carlos Brito and Defendant DeSerpa Colorado One, LLC having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. The parties request that this Court retain jurisdiction to enforce the terms of the Settlement Agreement, if necessary.

Jointly submitted this 1st day of July, 2019.

| | |
|---|---|
| */s/ John P. Fuller* | */s/ Hilary A. Roland* |
| John P. Fuller, Esq. | Murray I. Weiner, Esq. |
| Fuller, Fuller and Associates, P.A. | Hilary A. Roland, Esq. |
| 12000 Biscayne Boulevard, Suite 502 | Mulliken Weiner Berg & Jolivet, PC |
| North Miami, FL 33181 | 102 South Tejon Street |
| Telephone: (305) 891-5199 | Colorado Springs, CO 80903 |
| Email: jpf@fullerfuller.com | Telephone: (719) 635-8750 |
| | Email: weiner@mullikenlaw.com |
| */s/ Kara W. Edmunds* | hroland@mullikenlaw.com |
| Kara W. Edmunds, Esq. | |
| Edmunds Law Firm | *Attorneys for Defendant* |
| 2280 Forest Avenue | |
| Boulder, CO 80304 | |
| Telephone: (303) 953-0863 | |
| Email: kara@kwelaw.com | |

*Attorneys for Plaintiff*